UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| JAMES BRYER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAULSBURY INDUSTRIES, INC., <br><br> Defendant. | DOCKET NO. 7:18-cv-00105-DC <br><br> JURY TRIAL DEMANDED <br><br> FLSA COLLECTIVE ACTION |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff James Bryer ("Plaintiff") files this Notice of Settlement and respectfully shows the Court as follows:

The Parties have reached an amicable resolution in this matter. Counsel for Plaintiff and Defendant are finalizing the release and completing the settlement process. The Parties request the Court to remove this case from its active docket and to suspend all other deadlines and settings in this case. The Parties will file dismissal and documents within 30 days.

Respectfully Submitted,

*/s/ Richard M. Schreiber*
**Michael A. Josephson**
Texas Bar No. 24014780
mjosephson@mybackwages.com
**Richard M. Schreiber**
State Bar No. 24056278
rschreiber@mybackwages.com
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

**Richard (Rex) Burch**
Texas Bar No. 24001807

rburch@bucknerburch.com
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone : 713-877-8788
Facsimile: 713-877-8065

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I served this document to all Counsel of Record via the Court's ECF System in accordance with the Federal Rules of Civil Procedure.

*/s/ Richard M. Schreiber*
Richard M. Schreiber